# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2564
Lower Tribunal No. 2022-CA-011184-O

_____

RONALD NELSON,

Appellant,

v.

BEVERLY NELSON,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

January 20, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Nicholas A. Shannin and Carol B. Shannin, of Shannin Law Firm, P.A., Orlando, for Appellant.

Shannon McLin and Thomas W. Sculco, of Florida Appeals, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED